**APPALACHIAN POSTER ADVERTISING CO. v. HARRINGTON**

[343 N.C. 303 (1996)]

APPALACHIAN POSTER ADVERTISING COMPANY, INC., Petitioner v. JAMES E. HARRINGTON, as Secretary of Transportation of the State of North Carolina, Respondent

No. 407A95

(Filed 10 May 1996)

Appeal by petitioner pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 72, 460 S.E.2d 887 (1995), reversing an order entered by Hight, J., on 13 December 1993 in Superior Court, Wake County, affirming revocation of an outdoor advertising permit by the Department of Transportation. Heard in the Supreme Court 8 April 1996.

*Wilson & Waller, P.A., by Betty S. Waller and Brian E. Upchurch, for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Grayson G. Kelley, Special Deputy Attorney General, and Melanie Lewis Vtipil, Associate Attorney General, for respondent-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Lewis, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for remand to the Superior Court, Wake County, for reinstatement of its 13 December 1993 judgment and order.

REVERSED AND REMANDED.